UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEREMIAH MASSEY, JR., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV0237 JCH |
| ) | (TCM) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

Dated this 14th day of October, 2008.

/s/ Jean C. Hamiton

UNITED STATES DISTRICT JUDGE